**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CRIMINAL ACTION NO. 09-101-DLB-JGW**

**UNITED STATES OF AMERICA**                                                  **PLAINTIFF**

**vs.**       **ORDER ADOPTING REPORT AND RECOMMENDATION**

**RANDY L. GALLAGHER**                                                    **DEFENDANT**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter is before the Court upon the Report and Recommendation ("R&R") of the United States Magistrate Judge, wherein he recommends that the Court revoke Defendant's supervised release and impose a sentence of twelve months and one day incarceration, with no supervised release to follow. (Doc. # 36). During the final revocation hearing conducted by Magistrate Judge J. Gregory Wehrman on October 29, 2014, Defendant stipulated to violating the terms of his supervised release, as set forth in the October 27, 2014 violation report of U.S.P.O. John D'Alessandro.

No objections having been filed, and the time to do so having now expired, and the Defendant having waived his right to allocute before the district judge (Doc. # 35), the R&R is ripe for the Court's consideration. Having reviewed the R&R, and the Court concluding that the R&R is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1)     The Magistrate Judge's Report and Recommendation (Doc. # 36) is hereby

1

**ADOPTED** as the findings of fact and conclusions of law of the Court;

      (2)      Defendant is found to have **VIOLATED** the terms of his supervised release;

      (3)      Defendant's supervised release is hereby **REVOKED**;

      (4)      Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **TWELVE MONTHS AND ONE DAY**, with no supervised release to follow, and that the sentence be served, if appropriate, at the FCI closest to Covington, Kentucky; and

      (5)      In the discretion of the Bureau of Prisons, the Defendant participate in a forty hour drug treatment program;

      (6)      A Judgment will be entered contemporaneously herewith.

This 25th day of November, 2014.

Signed By:
*David L. Bunning*  DB
United States District Judge